RECEIVED
IN LAKE CHARLES, LA

APR 11 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JAMES WRIGHT and CANDY WRIGHT | CIVIL ACTION |
| VERSUS | NO. 2:06CV0485 |
| | JUDGE TRIMBLE |
| ALLSTATE INSURANCE COMPANY | MAG. JUDGE WILSON |

JUDGMENT
~~ORDER~~

**IT IS ORDERED** by the Court that the claims of plaintiffs James Wright and Candy Wright against defendant Allstate Insurance Company, are hereby dismissed, with prejudice, with each party to bear their own costs.

Lake Charles, Louisiana, this 11th day of April, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION